IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY


UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:11-00082

THOMAS HARRAH


MOTION OF THE UNITED STATES
TO SCHEDULE GUILTY PLEA HEARING

     Comes now the United States of America, by Blaire L. Malkin,
Assistant United States Attorney for the Southern District of West
Virginia, and respectfully requests the court to set a date, time,
and location for a guilty plea hearing to be held with regard to
the above-styled case.


                         Respectfully submitted,

                         R. BOOTH GOODWIN II
                         United States Attorney


                         /s/Blaire L. Malkin
                         BLAIRE L. MALKIN
                         Assistant United States Attorney
                         WV Bar No. 10671
                         300 Virginia Street, East
                         Room 4000
                         Charleston, WV 25301
                         Telephone:  304-345-2200
                         Fax:  304-347-5104
                         Email:  blaire.malkin@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 24th day of March, 2011 to:

> Mary Lou Newberger
> Federal Public Defender
> 300 Virginia Street, East
> Room 3400
> Charleston, WV  25301

> /s/Blaire L. Malkin
> BLAIRE L. MALKIN
> Assistant United States Attorney
> WV Bar No. 10671
> 300 Virginia Street, East
> Room 4000
> Charleston, WV 25301
> Telephone:  304-345-2200
> Fax:  304-347-5104
> Email:  blaire.malkin@usdoj.gov